NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIDGEPORT FITTINGS, INC.,**
*Appellant*

**v.**

**ARLINGTON INDUSTRIES, INC.,**
*Appellee*

---

2015-1616, 2015-1617

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,830, 95/001,829.

---

## JUDGMENT

---

MARK E. UNGERMAN, Ungerman IP, Washington, DC, argued for appellant. Also represented by ALAN MARSHALL ANDERSON, MATTHEW ROBERT PALEN, Alan Anderson Law Firm LLC, Minneapolis, MN.

KATHRYN CLUNE, Crowell & Moring, LLP, Washington, DC, argued for appellee. Also represented by JACOB ZIEMOWIT ZAMBRZYCKI, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 17, 2016          /s/ Daniel E. O'Toole
     Date               Daniel E. O'Toole
                        Clerk of Court